# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

142719 & (23)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RODNEY BARNETT WILLIAMSON,
     Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142719
COA: 300664
Wayne CC: 86-004526-FC

On order of the Court, the application for leave to appeal the December 8, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

y0919